William Kavanaugh, appellant, v. Mary A. Kahler, appellee. Gen. No. 7,029.

Assumpsit to recover money paid to defendant under a land con-

tract. Judgment for defendant. Appeal from the Circuit Court of Will county; the Hon. A. W. DeSelm, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed August 5, 1922.

Garnsey, Wood & Lennon, for appellant. J. W. D'Arcy, for appellee.

Mr. Justice Jones delivered the opinion of the court.